# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>EXIDE TECHNOLOGIES, INC. and DOES 1-70, inclusive,<br><br>    Defendants. | Case No. 1:17-cv-01104-LJO-EPG<br><br>**ORDER ON JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>(ECF No. 11) |

**GOOD CAUSE APPEARING**, the Court hereby grants the parties' request to amend the Scheduling Order as follows:

The Mid-Discovery Status Conference is re-set for **June 11, 2018, at 9:30 a.m.** in Courtroom 10, before Magistrate Judge Erica P. Grosjean. The parties are directed to file a joint report of up to five (5) pages outlining the status of the case, any additional discovery still planned, potential for settlement, and any other issues pending that would benefit from the Court's assistance/direction. The parties shall file the report one full week prior to the conference, and email a copy in Word format to **epgorders@caed.uscourts.gov**. If the parties are appearing telephonically, each party shall dial 1 (888) 251-2909 and enter access code, 1024453.

IT IS SO ORDERED.

Dated: __**April 19, 2018**__          /s/ *Erica P. Grosjean*
                           UNITED STATES MAGISTRATE JUDGE