UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MENDOZA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXIDE TECHNOLOGIES, INC.<br>and DOES 1-70, inclusive,<br><br>　　　　Defendants. | Case No. 1:17-CV-01104-LJO-EPG<br><br>**ORDER ON JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>(ECF No. 13) |

**GOOD CAUSE APPEARING**, the Court GRANTS the Joint Stipulation to Amend Scheduling Order (ECF No. 13) and Amends the Scheduling Order as follows:

1. The Mid-Discovery Status Conference, previously reset for June 11, 2018, is vacated and reset for **July 17, 2018, at 9:30 a.m.**, in Courtroom 10, before Magistrate Judge Erica P. Grosjean.

2. The parties are directed to file a joint report of up to five (5) pages, outlining the status of the case, any additional discovery still planned, potential for settlement, and any other issues pending that would benefit from the Court's assistance/direction. The parties shall file the joint report one full week prior to the Mid-Discovery Conference, and email a copy, in Word format, to epgorders@caed.uscourts.gov.

3. If the parties are appearing telephonically at the Mid-Discovery Conference, each party shall dial 1 (888) 251-2909 and enter access code 1024453.

IT IS SO ORDERED.

　Dated:　**June 5, 2018**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE