# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MENDOZA, <br><br> Plaintiff, <br><br> v. <br><br> EXIDE TECHNOLOGIES, INC., and DOES 1-70, inclusive, <br><br> Defendants. | Case No. 1:17-cv-01104-LJO-EPG <br><br> ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE <br><br> (ECF No. 15) |

On July 10, 2018, Plaintiff Francisco Mendoza and Defendant Exide Technologies, Inc., filed a stipulation to dismiss the entire action with prejudice (ECF No. 15). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 11, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE